# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                                              )<br>                         Plaintiff,      )<br>                                                              )<br>v.                                                          )<br>                                                              )<br>ROOSEVELT RICO DAHDA,         )<br>                                                              )<br>                         Defendants.  )<br>_____)  | CRIMINAL ACTION<br><br>No. 12-20083-02-KHV |

## **ORDER**

This matter is before the Court on defendant's letter (Doc. #2628) filed June 5, 2019, which the Court construes as a motion to remove a no contact order.

On November 17, 2015, the Court sentenced co-defendant Nathan Wallace to time served and 15 years of supervised release.  See Judgment In A Criminal Case (Doc. #2204) at 2-3.  As a special condition of supervised release, the Court ordered that Wallace "shall have no contact with his brothers, Los Dahda and Roosevelt Dahda."  Id. at 4.  Roosevelt Dahda seeks to remove this restriction even though it is not part of *his* terms of supervised release.  Because the Court imposed the restriction as a term of supervised release for Wallace, any request to remove that restriction must be filed in his case.  Accordingly, Roosevelt Dahda's request to remove the restriction is denied.

**IT IS THEREFORE ORDERED** that defendant's letter (Doc. #2628) filed June 5, 2019, which the Court construes as a motion to remove a no contact order, is **DENIED**.

Dated this 22nd day of July, 2019 at Kansas City, Kansas.

                                                                    s/ Kathryn H. Vratil
                                                                    KATHRYN H. VRATIL
                                                                    United States District Judge